UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| KATHY PERKINS | CIVIL ACTION |
| VERSUS | NO. 17-6689 |
| PEL HUGHES PRINTING, LLC ET AL. | SECTION A(4) |

## ORDER AND JUDGMENT

Before the Court is a **Motion for Entry of Judgment (Rec. Doc. 79)** filed by Defendants Pel Hughes Printing, LLC and John Victor Hughes (hereinafter collectively referred to as "Defendants"). Plaintiff Kathy Perkins has not filed an opposition to the Motion. The Motion, set for submission on February 20, 2019, is before the Court on the briefs without oral argument. Having considered the motion and memorandum of counsel, the record, and the applicable law, the Court finds that the **Motion for Entry of Judgment (Rec. Doc. 79)** is **GRANTED**.

Perkins filed the instant suit asserting three claims against Defendants: (1) interference under the Family Medical Leave Act ("FMLA"); (2) retaliation under the FMLA; and (3) intentional infliction of emotional distress. (Rec. Doc. 1, Complaint). On December 5, 2018, the Court granted Defendants' motion for summary judgment in part to dismiss Perkins' two FMLA claims. (Rec. Doc. 65). On January 23, 2019, the Court granted Defendants' motion for reconsideration and dismissed Perkins' remaining claim for intentional infliction of emotional distress. (Rec. Doc. 74). Thereafter, the Court denied Perkins' motion for reconsideration. (Rec. Doc. 81). Considering that all of Perkins' claims have been dismissed on summary judgment, the Court concludes final judgment is appropriate.

Accordingly;

IT IS ORDERED that Defendants' **Motion for Entry of Judgment (Rec. Doc. 79)** is **GRANTED**;

IT IS FURTHER ORDERED that there be a judgment in favor of Pel Hughes Printing, L.L.C. and John Victor Hughes, and against Kathy Perkins, dismissing all claims with prejudice.

New Orleans, Louisiana, this 7th day of March, 2019

_____
JUDGE JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE